ACCEPTED
02-17-00197-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/21/2017 4:39 PM
DEBRA SPISAK
CLERK

IN THE SECOND COURT OF APPEALS

FOR THE STATE OF TEXAS

NO. 02-17- 00197-CR

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/21/2017 4:39:19 PM

DEBRA SPISAK
Clerk

BRYAN KEITH GARRISON

V.

THE STATE OF TEXAS


MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE SECOND COURT OF APPEALS:


COMES NOW, BRYAN KEITH GARRISON, and files this his Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:


I.


Appellant was convicted on June 22, 2017 in Cause No. 1484494R of the 372nd District Court in Tarrant County, Texas. Appellant received a sentence of fifty years in the penitentiary on the same day.

II.


Appellant filed his Notice of Appeal on June 22, 2017 and his Motion for New Trial on July 10, 2017.

# III.

Appellant's attorney seeks additional time to file his brief for the following reasons:

Appellant's counsel has been busy preparing other briefs and for other cases. He has started reading through the record but has not had enough time to finish a brief.

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief until February 19, 2018 which is approximately sixty days from the current date.

Respectfully submitted,

/s/ Blake Burns_____
BLAKE R. BURNS,
Attorney for Appellant
115 North Henderson Street
Fort Worth, Texas 76102-1940
817-870- 1544 FAX 870-1589
State Bar No. 24066989
bburnslaw@gmail.com

CERTIFICATE OF CONFERENCE

I hereby certify that I conferenced with the Tarrant County District Attorney's Office on December 21, 2017, and they have no objections to the Court granting this Motion.

/s/ Blake Burns_____
BLAKE R. BURNS,
Attorney for Appellant
115 North Henderson Street
Fort Worth, Texas 76102-1940
817-870- 1544 FAX 870-1589
State Bar No. 24066989
bburnslaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been delivered or caused to be delivered to the office of the District Attorney, 401 W. Belknap, Fort Worth, TX 76196, on this the 21st day of December, 2017.

/s/ Blake Burns_____
BLAKE R. BURNS,
Attorney for Appellant
115 North Henderson Street
Fort Worth, Texas 76102-1940
817-870- 1544 FAX 870-1589
State Bar No. 24066989
bburnslaw@gmail.com